Filed 6/16/21 In re Miller CA1/4

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| In re HARRY WILLIAM MILLER,<br><br>on Habeas Corpus. | A161385<br><br>(Mendocino County<br>Super. Ct. No. SCUK-CRCR-18-93826) |

Harry Miller's petition for writ of habeas corpus alleges ineffective assistance of counsel based on his trial counsel's failure to raise his posttraumatic stress disorder as a factor in mitigation at sentencing pursuant to Penal Code sections 1170.9 and 1170.91. At his request, the petition was considered together with the appeal in *People v. Miller* (A158431). We resolve his arguments regarding sections 1170.9 and 1170.91 on the merits in the direct appeal, concluding, inter alia, that defendant was not prejudiced by any failure of the court to consider whether his posttraumatic stress disorder was caused in part by his military service. To the extent Miller relies on the failure to assert his hearing loss, our conclusion is no different. Therefore, defendant's ineffective assistance claim necessarily fails. (*Strickland v. Washington* (1984) 466 U.S. 668, 691-692.) Miller's habeas corpus petition is denied.

POLLAK, P. J.

WE CONCUR:

TUCHER, J.
BROWN, J.

1